EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2023 TSPR 57 |
|---|---|
| Máximo Molina Fragosa | 211 DPR ___ |

Número del Caso: TS-5,739

Fecha: 27 de abril de 2023

Programa de Educación Jurídica Continua:

    Lcdo. José Ignacio Campos Pérez
    Director Ejecutivo

Sr. Máximo Molina Fragosa

    Por derecho propio

Materia: Conducta Profesional – Suspensión inmediata e indefinida del ejercicio de la abogacía por craso incumplimiento con los requisitos del Programa de Educación Jurídica Continua.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Máximo Molina Fragosa

TS-5,739

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de abril de 2023.

El pasado 10 de enero de 2023 emitimos una *Resolución* en la cual le concedimos al Lcdo. Máximo Molina Fragosa un término final e improrrogable de noventa (90) días para que este diera cumplimiento cabal a los requisitos de educación continua que le exige el Programa de Educación Jurídica Continua. Transcurrido el término dispuesto, el letrado no ha acreditado cumplimiento alguno con lo ordenado.

En atención a ello, decretamos la suspensión inmediata e indefinida del ejercicio de la abogacía del Lcdo. Máximo Molina Fragosa, por su craso incumplimiento con los requisitos de educación continua que le son exigible a todos los abogados admitidos ante este Foro.

El letrado deberá informar inmediatamente a sus clientes y a los foros en los cuales litiga de su inhabilidad para continuar ejerciendo la profesión y acreditar a este Tribunal el cumplimiento con lo anterior, incluyendo una lista de los clientes y los foros a quienes le notificó de su suspensión, dentro del término de treinta (30) días, contado a partir de la notificación de esta *Resolución*. No hacerlo pudiera conllevar que no se le reinstale a la práctica de la profesión legal de solicitarlo en el futuro.

Notifíquese inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y los Jueces Asociados señores Estrella Martínez y Colón Pérez no intervinieron.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo